1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6   JONATHAN HAYS,

7                    Plaintiff,              No. C 14-5680 EDL (PR)

8        v.                                  **ORDER OF TRANSFER**

9   WASCO STATE PRISON DOCTORS D
    YARD NURSES,
10
                     Defendant.
11   _____/

12
          This is a civil rights case brought pro se by a California state prisoner.  Plaintiff has

13  consented to magistrate judge jurisdiction.  (Docket No. 2.)  Plaintiff's complaint describes

14  events that occurred at Wasco State Prison in Wasco, California.  All events occurred

15  within the venue of the United States District Court for the Eastern District of California, and

16  the defendants are located there as well.  Venue, therefore, properly lies in that district and

17  not in this one.  *See* 28 U.S.C. § 1391(b).

18
          This Clerk shall terminate all pending motions and **TRANSFER** this case to the

19  United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

20
          **IT IS SO ORDERED.**

21
    Dated: March  23 , 2015.

22                                          _____
                                            ELIZABETH D. LAPORTE
23                                          United States Magistrate Judge

24

25  P:\PRO-SE\EDL\CR.14\Hays680.trn.wpd

26

27

28